# IN THE SUPREME COURT OF THE STATE OF NEVADA

HYGEA HOLDINGS CORP.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
  and
CLAUDIO ARELLANO; CROWN
EQUITY'S LLC; FIFTH AVENUE 2254
LLC; HALEVI ENTERSPRISES LLC;
HALEVI SV 1 LLC; HALEVI SV 2 LLC;
HILLCREST ACQUISTIONS LLC;
HILLCREST CENTER SV I LLC;
HILLCREST CENTER SV II LLC;
HILLCREST CENTER SV III LLC; IBH
CAPITAL LLC; LEONITE CAPITAL
LLC; N5HYG LLC; AND RYMSSG
GROUP, LLC,
Real Parties in Interest.

No. 75215

FILED

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original, emergency petition for a writ of mandamus or prohibition challenges a district court oral ruling denying a motion to dismiss an action for receivership for lack of jurisdiction.

Having considered the petition and the appendix, we are not satisfied that this court's intervention by way of extraordinary relief is warranted at this time. *See* NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying

18-08556

motions to dismiss). In particular, additional proceedings are scheduled to take place in the district court this week, and petitioner has an adequate and speedy legal remedy in the form of an appeal from any order appointing a receiver, precluding writ relief. NRS 34.170; NRS 34.330; NRAP 3A(b)(4); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.



_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Nancy L. Allf, District Judge
      Ballard Spahr LLP/Las Vegas
      The Miller Law Firm, P.C.
      Albright Stoddard Warnick & Albright
      Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson/Las Vegas
      Eighth District Court Clerk